NED BARDWELL ET AL. *v.* CONTINENTAL INSURANCE CO.

November Term, 1932.

Present: POWERS, C. J., SLACK, MOULTON, THOMPSON, and GRAHAM, JJ.

Opinion filed January 4, 1933.

*Shields & Conant* and *Thorp & Branch* (of Manchester, N. H.) for the defendant.

*Searles & Graves, Leon D. Ripley* (of Colebrook, N. H.), and *Clarence A. Warren* (of Boston, Mass.) for the plaintiffs.

GRAHAM, J. This is an action of contract on a fire insurance policy, which below was consolidated with the case of *Ned Bardwell et al.* v. *Commercial Union Assurance Co., Ltd., ante* page 106, 163 Atl. 633. It was tried below and heard here with that case, and involves the same questions. For the reasons specified in our opinion in that case, judgment in this case is affirmed, and petition for new trial is dismissed with costs.